UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

AMBER GEORGE,

       Plaintiff,

vs.

APPLEBEE'S SERVICES, INC.,

       Defendant.

Case No. 3:25-cv-447

District Judge Michael J. Newman

---

**ORDER: (1) GRANTING THE PARTIES' JOINT MOTION TO STAY (Doc. No. 10); (2) STAYING FURTHER PROCEEDINGS IN THIS MATTER PENDING THE PARTIES' MEDIATION; AND (3) REQUIRING THE PARTIES TO ADVISE THE COURT OF SETTLEMENT OR, IF THE CASE DOES NOT SETTLE, FILE A JOINT STATUS REPORT ON OR BEFORE JULY 31, 2026**

---

Plaintiff Amber George and Defendant Applebee's Services, Inc., through their respective attorneys, filed a joint motion to stay this litigation pending the parties' mediation in late summer of 2026. Doc. No. 10. For good cause shown, the parties' joint motion is **GRANTED**. Further proceedings in this Court are **STAYED** pending the parties' mediation before Michael Russell, Esq., a mediator in private practice. If the case settles in mediation, the parties shall promptly advise the Court. If the case does not settle in mediation, the parties shall file a joint status report on or before **July 31, 2026**.

       **IT IS SO ORDERED.**

March 31, 2026

s/*Michael J. Newman*
Hon. Michael J. Newman
United States District Judge